IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WILLIAM RAY JACOBS, | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv973 |
| DISTRICT ATTORNEY JIM WHEELR | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation of Judge Mitchell (Dkt. #116), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of Judge Mitchell are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that parties' joint motion for voluntary dismissal with prejudice, by agreement of the parties (Dkt. #115), is **GRANTED** and the complaint is **DISMISSED** with prejudice. All motions not previously ruled on are **DENIED**, with the exception of the pending *Ex Parte* Sealed Motion for Attorneys' Fees and Expenses (Dkt. #117).

**SIGNED** this the **14** day of **August, 2019.**

Thad Heartfield
United States District Judge